FILED

11/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0460

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

       Petitioner and Appellant,

  and

STEVEN THOMAS WILLIAMS,

       Respondent and Appellee.

O R D E R

_____

Petitioner and Appellant Davina Attar-Williams has filed an unopposed motion to extend the deadline for submitting transcripts by 30 days. Appellant has also moved for an order requiring the District Court to produce all original unaltered audio recordings of all hearings held pursuant to the underlying matter.

As it appears from Appellant's motion, transcripts of the proceedings have already been ordered and are being completed by a court reporter appointed by the District Court. Although Appellant speculates that the transcript will not be accurate, there is a procedure for correcting or modifying the record if she determines that the transcript is incorrect, pursuant to Mont. R. App. P. 8(6). Appellant has not demonstrated a basis at this juncture to grant the relief she requests. Therefore,

IT IS ORDERED that the motion to extend the deadline for submitting transcripts by 30 days is GRANTED, as the motion is unopposed.

IT IS FURTHER ORDERED that the motion to require the District Court to produce all unaltered audio recordings of all hearings is DENIED.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 13 2020